No. 90–7240.  DEPARIAS v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 90–7241.  BALLARD v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 90–7242.  VANDERLAAN v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 90–7244.  WEEKS v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 90–7247.  WILLIAMS v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 90–7291.  CHARLESTON v. MANN, SUPERINTENDENT, SHAWANGUNK CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 89–6482.  COOEY v. OHIO.  Sup. Ct. Ohio;

No. 90–5414.  LEE v. LOUISIANA.  Sup. Ct. La.;

No. 90–6444.  BEASLEY v. PENNSYLVANIA.  Super. Ct. Pa.;

No. 90–6913.  JONES v. DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER.  C. A. 8th Cir.;

No. 90–7016.  HIGH v. ZANT, WARDEN.  C. A. 11th Cir.;

No. 90–7134.  STANKEWITZ v. CALIFORNIA.  Sup. Ct. Cal.; and

No. 90–7199.  MADDEN v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.  Reported below: No. 89–6482, 46 Ohio St. 3d 20, 544 N. E. 2d 895; No. 90–5414, 559 So. 2d 1310; No. 90–6444, 395 Pa. Super. 649, 570 A. 2d 585; No. 90–6913, 923 F. 2d 860; No. 90–7016, 916 F. 2d 1507; No. 90–7134, 51 Cal. 3d 72, 793 P. 2d 23; No. 90–7199, 799 S. W. 2d 683.

JUSTICE MARSHALL, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 231 (1976), I would grant certiorari and vacate the death sentences in these cases.

No. 90–1078.  LYMAN ET AL. v. CITY AND COUNTY OF HONOLULU.  C. A. 9th Cir.  Motion of Pacific Legal Foundation for leave to file a brief as *amicus curiae* granted.  Certiorari denied.